# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153919 & (38)(39)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                      SC: 153919
                      COA: 325216
                      Delta CC: 14-008929-FH

ROBERT FRANCIS HANLEY,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motions of defendant-appellant for immediate consideration and to dismiss his application for leave to appeal are GRANTED. The application is hereby DISMISSED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016

